[No. 41747-2-II.  Division Two.  February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVESTER LEE
DENNIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01014-2, Wm. Thomas McPhee, J., entered January 4, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, J., and Bridgewater, J. Pro Tem.

[No. 41875-4-II.  Division Two.  February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. REED CHRISTOPHER
BOYSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01650-7, Carol Murphy, J., entered March 7, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 41937-8-II.  Division Two.  February 20, 2013.]

*In the Matter of the Detention of* TROY BELCHER.

TROY BELCHER, *Appellant*, v. THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-02187-7, James E. Warme, J., entered February 3, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.